Debtor's Name: Carmen Bunk

# Request for 30-Day Temporary Waiver of the Credit Counseling Requirement

To ask for a 30-day temporary waiver of the credit counseling requirement, you must explain what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

I was unable to afford to pay for credit counseling at the time and because of the lack of funds to obtain the certificate.

Dated: 4/14/2020

Debtor's Signature
Print name: Carmen Bunk
Address: 21-36 28th Street
Astoria, NY 11105
Phone:
Email: