# Notice Recipients

District/Off: 0207−1    User: admin    Date Created: 4/15/2022
Case: 1−22−40780−jmm    Form ID: 760    Total: 3

**Recipients of Notice of Electronic Filing:**
tr          Michael J. Macco          ecf@maccolaw.com

                                                                                            TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Carmen Brink          21−36 28th Street          Astoria, NY 11105
smg        Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office
              Building          201 Varick Street, Suite 1006          New York, NY 10014

                                                                                            TOTAL: 2