```
ORIGIN ID:EGXA      (347) 394-1723        SHIP DATE: 02MAY22
KAREN BONELLO-ELLIS                       ACTWGT: 1.00 LB
U.S. BANKRUPTCY COURT, EDNY               CAD: 253293672/INET4490
271-C CADMAN PLAZA EAST

BROOKLYN, NY 11201                        BILL SENDER
UNITED STATES US
```

TO

**STATEN ISLAND VENTURES, LLC**
**95 GUERNSEY STREET**

**BROOKLYN NY 11222**

(000) 000-0000                REF:
INV:
PO:                           DEPT:

577 J2/BDF9/FE4A





FedEx Express

J22202204120114v

TUE - 03 MAY 4:30P
**STANDARD OVERNIGHT**

TRK#
0201    7767 4194 9877

**E4 GAMA**     NY-US    **11222**
                         **JFK**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



# FedEx Office

Address: 16 COURT ST
BROOKLYN
NY 11241
Location: EGXK
Device ID: -BTC03

---

FedEx Express Package(s) - Dropped Off
Tracking Number:
 776741949877

Total Pieces:  1

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

May 02, 2022 1:41:13 PM

---

\*\*\*\*\*\*\*\*\*\* WE LISTEN \*\*\*\*\*\*\*\*\*\*
Tell us how we're doing
& receive a discount on your next order!
fedex.com/welisten
Redemption Code: _____

\*\*\* Thank you \*\*\*