United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 22-40780-jmm |
| Carmen Brink | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 02, 2022 | Form ID: pdf002 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carmen Brink, 21-36 28th Street, Astoria, NY 11105-2934 |
| 10062873 | + | Staten Island Ventures LLC, 95 Guernsey Street, Brooklyn, New York 11222-3111 |
| 10063079 | + | Staten Island Ventures, LLC, 95 Guernsey Street, Brooklyn, NY 11222-3111 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | May 02 2022 18:20:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J. Macco | ecf@maccolaw.com jzarrilli@maccolaw.com;maccocr82572@notify.bestcase.com |
| Michael J. Macco | on behalf of Trustee Michael J. Macco ecf@maccolaw.com jzarrilli@maccolaw.com;maccocr82572@notify.bestcase.com |
| Office of the United States Trustee | |

District/off: 0207-1                             User: admin                                  Page 2 of 2
Date Rcvd: May 02, 2022                          Form ID: pdf002                          Total Noticed: 4

               USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 3

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re

Chapter 13
Case No. 22-40780-206

CARMEN BRINK

Debtor(s).

-------------------------------------------------------x

## **NOTICE OF RESET SECTION 341 MEETING OF CREDITORS**

**YOU ARE HEREBY NOTIFIED** that the initial section 341 meeting of creditors for the above-captioned case, scheduled as an in-person 341 meeting for, May 18, 2022 at 10am, will now be reset as a telephonic meeting and conducted **by telephone conference on,** May 18, 2022 at 10:30am (the "Designated Meeting Time").

All parties shall appear by phone at the section 341 in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

    Meeting Dial-in No:   **877-418-3983**, and

    when prompted enter the Participant Code: **9913480** followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.   Thank you for you anticipated cooperation in this regard.

**Instructions for Testifying Debtors and Counsel**

No later than one day prior to the Designated Meeting time, the Debtor's attorney or Debtor are required to provide the Trustee with an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number ("Identification Documents") A copy of the Debtor's identification and proof of social security number must be provided to the Trustee via a secure method, i.e., portal, encrypted email, etc.   Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.   If represented by an attorney this information should be uploaded to the Trustee's portal.   If not represented by an attorney this information must be emailed to www.chapter13documents@maccolaw.com in PDF format only.

Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the Trustee immediately following the meeting.

Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number.   In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the Trustee will administer the oath telephonically at the commencement of the 341 meeting.

Date:   April 28, 2022

*/s/   Michael J. Macco*
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, New York 11749
(631) 549-7900