# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 5/16/2022 |
| Case: 1−22−40780−jmm | Form ID: 273 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
tr      Michael J. Macco      ecf@maccolaw.com
aty      Michael J. Macco      ecf@maccolaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Carmen Brink      21−36 28th Street      Astoria, NY 11105

TOTAL: 1