| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date:  June 23, 2022*<br>*Time:  10:00 a.m.* |

---------------------------------------------------------X

In re:

Chapter 13
Case No.: 22-40780-206

CARMEN BRINK

                  Debtor(s)  **NOTICE OF MOTION**

---------------------------------------------------------X

SIRS / MADAMS:

      **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, on the 23rd, day of JUNE, 2022 at 10:00AM, at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case, by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear, and/or, be examined at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than seven (7) days prior to the return date of this motion.

Dated: Islandia, New York  
       May 19, 2022

Yours, etc.

MICHAEL J. MACCO  
Chapter 13 Trustee  
2950 Express Drive South, Suite 109  
Islandia, NY   11749  
(631) 549-7900

*To:*    *Office of the United States Trustee*  
        *CARMEN BRINK, Pro-Se Debtor(s)*  
        *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X        **tmm1634**
In re:
                                                                                  Chapter 13
                                                                                  Case No.: 22-40780-206
CARMEN BRINK

                            Debtor(s)                        **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE JIL MAZER-MARINO, UNITED STATES BANKRUPTCY JUDGE:

      MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

      1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on April 14, 2022, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

      2. As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

      3. In addition, as of this date the debtor(s) has failed to file and/or provide to the Trustee; a Chapter 13 Plan, Certificate of Credit Counseling; Statement of Financial Affairs; Statement of Current Monthly Income and Means Test; complete set of schedules; copies of pay statements from employer for sixty (60) day period preceding filing, within the fifteen (15) day period required under the Bankruptcy Code.

      4. Furthermore, as of this date the debtor has failed to provide the Trustee with copies of previous year's State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

      5. Moreover, the debtor failed to appear, and/or, be examined at the initial §341 meeting of creditors, held on, May 18, 2022 at 10:30a.m.

      6. This is a material default and is prejudicial to the rights of the creditors of the debtor.

      **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       May 19, 2022

                                                               */s/ Michael J. Macco*
                                                              Michael J. Macco, Chapter 13 Trustee
                                                              2950 Express Drive South, Suite 109
                                                              Islandia, NY   11749
                                                               (631) 549-7900

STATE OF NEW YORK    )
COUNTY OF SUFFOLK   )   ss.:

   SANIYYAH S. GREENE, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

   On May 19, 2022, deponent served the within:

**NOTICE OF MOTION AND APPLICATION**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Carmen Brink*
*21-36 28th Street*
*Astoria, NY 11105*
*Pro Se Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S. Federal Office Building*
*USTP.Region02.BR.TFRTDR@usdoj.gov*

              */s/ **Saniyyah S. Greene***
              SANIYYAH S. GREENE

Sworn to before me this
19th day of MAY, 2022


*/s/ **Janine M. Zarrilli***
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires October 14, 2025