UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
= = = = = = = = = = = = = = = = X
In re:

    CARMEN BRINK,

Chapter 13
Case No# 22-40790-206

            Debtor(s),
= = = = = = = = = = = = = = = = X

DEAR JUDGE

    Please be advise that the above named debtor hereby request for an extension of time to reschedule for the conference 341 meeting via phone on May 18th 2022 at 10:30 a.m.

    Due to personal family emergencies as well as medical concerns, the debtor will be unable to sit in a phone conference on the scheduled above date. Debtor will be out of town for several weeks to deal with compelling family issues. However, the debtor will be available on **June 27th 2022** if possible.

    Please regard this letter as a means to adjourn or extend or reschedule the 341 meeting and that such request does not prejudice either party at this time.

CC: file

/s/ _Carmen P. Brink_
Carmen Blink, Debtor

U.S. Trustee _MICHAEL P. MACCO_