UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:

    CARMEN BRINK,

               Debtor.

Chapter 13

Case No. 22-40780-206

--------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure that **AVINOAM Y. ROSENFELD, ESQ.**, of The Rosenfeld Law Office, 156 Harborview South, Lawrence, New York 11559, appears for and on behalf of Creditor **Staten Island Ventures LLC**.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure it is requested that all notices given or required to be given in this Chapter 13 case, be given to and served upon:

        AVINOAM Y. ROSENFELD, ESQ.
        The Rosenfeld Law Office
        156 Harborview South
        Lawrence, New York 11559
        Phone: (516) 547-1717
        Fax: (516) 232-9092
        Email: aviyrosenfeld@aol.com

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK
SIGNATURE APPEARS ON THE FOLLOWING PAGE**

Dated: Lawrence, New York
       June 3, 2022

                                THE ROSENFELD LAW OFFICE

                              By: _____
                                  Avinoam Y. Rosenfeld
                             *Attorneys for Lipa Zicherman*
                             156 Harborview South
                             Lawrence, New York 11559
                             Phone: (516) 547-1717
                             Email: aviyrosenfeld@aol.com

**TO**: MICHAEL J. MACCO, ESQ.  (Via ECF)
       *Chapter 13 Trustee*
       2950 Express Drive S
       Islandia, NY 11497

       CARMEN BRINK (By Mail)
       21-36 28th Street
       Astoria, NY 11105-2934