# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 6/17/2022 |
| Case: 1−22−40780−jmm | Form ID: 274 | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Carmen Brink    21−36 28th Street    Astoria, NY 11105 | |
| tr | Michael J. Macco    2950 Express Drive South    Suite 109    Islandia, NY 11749 | |
| aty | Michael J. Macco    2950 Express Drive South    Suite 109    Islandia, NY 11749 | |
| smg | Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 | |
| 10073224 | Capital One Bank (USA), N.A.    by American InfoSource as agent    PO Box 71083    Charlotte, NC 28272−1083 | |
| 10076926 | Jefferson Capital Systems LLC    Po Box 7999    Saint Cloud MN 56302−9617 | |
| 10062873 | Staten Island Ventures LLC    95 Guernsey Street    Brooklyn, New York 11222 | |
| 10078525 | Staten Island Ventures LLC    The Rosenfeld Law Office    156 Harborview South    Lawrence, NY 11559 | |
| 10063079 | Staten Island Ventures, LLC    95 Guernsey Street    Brooklyn, NY 11222 | |

TOTAL: 9