| Information to identify the case: | |
|---|---|
| Debtor 1: Carmen Brink<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx−xx−4677<br>EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of New York | Date case filed for chapter: 13    4/14/22 |
| Case number: 1−22−40780−jmm | |

# ORDER TO CLOSE AUTOMATICALLY DISMISSED CASE

The above−captioned case was automatically dismissed under § 521(i)(l).

**IT IS ORDERED THAT:**

Michael J. Macco (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.


s/  Jil Mazer−Marino
United States Bankruptcy Judge

Dated: June 30, 2022

**BLocldsmcs.jsp** [Order to Close Automatically Dismissed Case rev. 02/01/17]