# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 06/30/2022 |
| Case: 1−22−40780−jmm | Form ID: 278 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr        Michael J. Macco        ecf@maccolaw.com
aty      Michael J. Macco        ecf@maccolaw.com

                          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Carmen Brink      21−36 28th Street      Astoria, NY 11105
smg     Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014

                          TOTAL: 2